**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**CHRISTOPHER C. MOORE,**                                    **PETITIONER**

**V.**                                                      **NO. 1:06CV117-M-D**

**STATE OF MISSISSIPPI, et al.,**                                 **RESPONDENTS**

## ORDER OVERRULING OBJECTIONS and ADOPTING REPORT AND RECOMMENDATION

The *pro se* Petitioner, an inmate, brings this petition pursuant to 28 U.S.C. § 2254. On December 1, 2006, Magistrate Judge Jerry A. Davis recommended that this petition be dismissed as untimely. On February 05, 2007, Petitioner filed an Objection to the Report and Recommendation.

The court finds that Petitioner's arguments are not well-taken and that the objections should be overruled for the reasons stated in the Report and Recommendation, which the court approves and adopts as its opinion.

THEREFORE, it is hereby ORDERED that

1) the Petitioner's objections to the Report and Recommendation of the United States Magistrate Judge are OVERRULED;

2) the Report and Recommendation is APPROVED and ADOPTED as the opinion of this court;

3) the petition is DISMISSED; and

4) this case is CLOSED.

SO ORDERED, this the 26th day of February, 2007.

                                         **/s/ Michael P. Mills**
                                         **UNITED STATES DISTRICT JUDGE**